UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61648-CIV-LENARD
MAGISTRATE JUDGE P.A. WHITE

CORNELIUS GREEN,

    Plaintiff,

v.

PEMBROKE PINES POLICE DEPARTMENT, et al.,

    Defendants.

REPORT OF MAGISTRATE JUDGE

    In this *pro se* civil rights action pursuant to 42 U.S.C. §1983 eight defendants filed motions for summary judgment: DE#89 (Benjamin); DE#90 (Darnowski); DE#91 (Foeseth); DE#92 (Hemmingway); DE#93 (Johnson); DE#94 (Martin); DE#95 (Velez-Ortiz); and DE#104 (Dang). **This Cause is before the Court upon Plaintiff's "Motion to Dismiss" (DE#108),** stating that he cannot obtain evidence against Keith, Darnowski, Johnson, Martin, Benjamin, and Velez-Ortiz, and wishes to dismiss the case against them, without prejudice to again name them in this case should evidence become available.

    Accordingly, it is recommended that: 1) plaintiff's motion to dismiss (DE#108) be GRANTED; 2) the complaint against the defendants Benjamin, Darnowski, Foeseth, Johnson, Martin, and Velez-Ortiz, be dismissed, without prejudice; and their respective motions for summary judgment (DE#s 89, 90, 91, 93, 94, and 95) be dismissed as moot; and 3) the case remain pending against the defendants Hemmingway and Dang.

    In due course, a separate Report will be entered with a recommendation for disposition of the pending motions (DE#s 92 and 104) by the other two defendants, Hemmingway and Dang.

    Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

    Dated: June 23rd 2009.

                                                UNITED STATES MAGISTRATE JUDGE

cc:  Cornelius Green, <u>Pro Se</u>
     DC# 646038
     Calhoun Correctional Institution
     19562 S.E. Institutional Drive, Unit 1
     Blountstown, FL 32424

     E. Bruce Johnson, Esquire
     Scott David Alexander, Esquire
     Johnson, Anselmo, Murdoch,
     Burke, Piper & McDuff
     2455 E. Sunrise Boulevard
     Suite 1000
     P.O. Box 030220
     Fort Lauderdale, FL 33304-0220