```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE  NO.  08-61648-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE
```

CORNELIUS GREEN,                :

     Plaintiff,           :     REPORT THAT CASE IS
                                         READY FOR TRIAL
v.                              :

PEMBROKE PINES POLICE
DEPARTMENT, ET AL.,             :

     Defendants.          :

_____

    In this pro se civil rights action pursuant to 42 U.S.C. §1983, a separate Report has been entered this date recommending, for reasons stated therein, that defendant Hemingway's motion for summary judgment (DE# 92) be granted as to the excessive use of force claim and failure to intervene claim and the cause of action against Hemingway be dismissed; defendant Dang's motion for summary judgment (DE# 104) be denied as to the excessive use of force claim and granted as to the failure to intervene claim; defendant Dang's motion to strike (DE# 119) be denied; and plaintiff Green's motion to accept his supplemental response in its correct form (DE# 120) be granted.

    The plaintiff filed a unilateral pretrial statement (DE# 110) and supporting affidavit (DE# 111), however, defendant Dang has not yet done the same. The case is otherwise now at issue; and the parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636(c). The undersigned respectfully recommends that this case be placed on the trial calendar of the District Judge.

    Done and dated this 1st day of December, 2009.

                                           UNITED STATES MAGISTRATE JUDGE

cc:

The Honorable Joan A. Lenard,
United States District Judge

Cornelius Green, Pro Se
Florida DOC #646038
Metro West Detention Center
13850 NW 41 Street
Miami, FL 33178


E. Bruce Johnson
Scott David Alexander
Johnson Anselmo Murdoch Burke Piper & Hochman, PA
2455 E Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304-0220


Daniel Lawrence Abbott
Weiss Serota Helfman
200 E. Broward Blvd.
Suite 1900
Ft. Lauderdale, FL 33301
954-763-4242