UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61648-CIV-LENARD/WHITE

**CORNELIUS GREEN**,

        Plaintiff,

vs.

**PEMBROKE PINES POLICE DEPARTMENT, et al.**,

        Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 125) ON DEFENDANT HEMINGWAY'S MOTION FOR SUMMARY JUDGMENT (D.E. 92), DEFENDANT DANG'S MOTION FOR SUMMARY JUDGMENT (D.E. 104), DEFENDANT DANG'S MOTION TO STRIKE (D.E. 119) AND PLAINTIFF'S MOTION TO ACCEPT SUPPLEMENTAL RESPONSE (D.E. 120)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 125), issued on December 2, 2009, recommending that 1) Defendant Christian Hemingway's Motion for Summary Judgment (D.E. 9.2) be granted and Defendant Hemingway be dismissed from this action, 2) Defendant Christopher Dang's Motion for Summary Judgment (D.E. 104) be granted in part and denied in part, 3) Defendant Dang's Motion to Strike (D.E. 119) be denied and 4) Plaintiff Cornelius Green's Motion to Accept Supplemental Response (D.E. 120) be granted.  Therein, the parties were provided ten (10) days to file objections to the Report.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See*

*Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).
Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 125), issued on December 2, 2009, is **ADOPTED**.

2. Defendant Christian Hemingway's Motion for Summary Judgment (D.E. 92) is **GRANTED** and Defendant Hemingway is hereby **DISMISSED** from this action.

3. Defendant Christopher Dang's Motion for Summary Judgement (D.E. 104) is **GRANTED** in part and **DENIED** in part as follows:

    a. Summary Judgment is **GRANTED** as to the Plaintiff's claim that Defendant Dang failed to intervene and this claim is dismissed.

    b. Summary Judgment is **DENIED** as to Plaintiff's claim that Defendant Dang used excessive force.

4. Defendant Christopher Dang's Motion to Strike (D.E. 119) Plaintiff's Response to Defendant Dang's Motion for Final Summary Judgment (D.E. 112) is **DENIED**.

5. Plaintiff Cornelius Green's Motion to Accept Supplement Response to Final Summary Judgment (D.E. 120) is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of January, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**