**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 08-61648-CIV-LENARD/WHITE

**CORNELIUS GREEN**,

                    Plaintiff,

vs.

**PEMBROKE PINES POLICE**
**DEPARTMENT, et al.**,

                    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 126)**

     **THIS CAUSE** is before the Court on the Report and Recommendation of U.S.

Magistrate Judge Patrick A. White ("Report," D.E. 126), issued on December 2, 2009,

recommending that this case be placed on the trial calendar of this Court.  To date, no

objections to the Report have been filed.  Failure to timely file objections shall bar parties

from attacking on appeal the factual findings contained in the report.  *See Resolution*

*Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore,

after an independent review of the Report and record, it is hereby **ORDERED AND**

**ADJUDGED** that:

     1.     The Report of the Magistrate Judge (D.E. 126), issued on December 2,

            2009, is **ADOPTED**.

     2.     This case shall be placed on the trial calendar of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of January, 2010.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE